**Order entered April 20, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00155-CV

### IN THE INTEREST OF E.M. AND F.F., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-55816-2014**

## ORDER

We **GRANT** appellant's April 16, 2015 second motion to extend time to file brief and

**ORDER** the brief be filed no later than May 7, 2015.

/s/ CRAIG STODDART
   JUSTICE